Tyrone ANDREWS, Plaintiff—
Appellant,

v.

Thomas P. DAVIS, Defendant—
Appellee.

No. 11–1283.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 22, 2011.

Tyrone Andrews, Appellant Pro Se.
Grady L. Balentine, Jr., Special Deputy
Attorney General, Raleigh, North Carolina, for Appellee.

Before WILKINSON, DAVIS, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Tyrone Andrews appeals the district
court's orders denying his various pretrial
motions and a final order denying relief on
his employment discrimination complaint.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Andrews v. Davis,* No. 5:09–cv–00297–BO
(E.D.N.C. July 9, 2009; July 13, 2009);
2011 WL 195569 (Jan. 19, 2011); (Feb. 11,
2011; Feb. 23, 2011; March 4, 2011). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court

and argument would not aid the decisional
process.

*AFFIRMED.*